IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: ) MISC 05-186
   ELECTRONIC CASE FILING )
   POLICIES AND PROCEDURES )

**STANDING ORDER**
**09-2**

**WHEREAS,** on April 20, 2005 the Court established by order at Misc 05-186, an Electronic Case Filing System and adopted Electronic Case Filing Policies and Procedures to govern the program, which made electronic filing mandatory in this district; and

**WHEREAS,** effective December 1, 2009, Rule 6 of the Federal Rules of Civil Procedures amends computation of time and therefore;

**IT IS HEREBY ORDERED THAT** the Section 9.5.1 be amended to reflect said changes effective December 1, 2009 as attached.

Dated: 11/13/09

/GARY L. LANCASTER, Chief Judge