IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | MISC 05-186 |
| ELECTRONIC CASE FILING | ) | |
| POLICIES AND PROCEDURES | ) | |

STANDING ORDER
11-2

WHEREAS, on April 20, 2005 the Court established by order at Misc 05-186, an Electronic Case Filing System and adopted Electronic Case Filing Policies and Procedures to govern the program, which made electronic filing mandatory in this district; and

WHEREAS, after annual review of said Policies and Procedures, it is necessary to amend the portable document format requirement from "PDF" to "PDF/A", as well as changes made to this Court's website and referenced therein;

IT IS HEREBY ORDERED THAT the CM/ECF Policies and Procedures be amended as attached and become effective January 1, 2012.

Dated: Nov 16, 11

/GARY L. LANCASTER, Chief Judge