IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )         MISC 05-186
ELECTRONIC CASE FILING                    )
POLICIES AND PROCEDURES                   )

## STANDING ORDER
## 13-1

**WHEREAS,** on April 20, 2005 the Court established by order at Misc. 05-186, an Electronic Case Filing System and adopted Electronic Case Filing Policies and Procedures to govern the program, which made electronic filing mandatory in this district; and

**WHEREAS,** after annual review of said Policies and Procedures, it is necessary to amend **Section 3** of the Electronic Case Filing Policies and Procedures to more clearly state the ECF registration procedure and **Section 4** of same to clarify when an electronically filed document is deemed filed; and,

**WHEREAS,** the Board of Judges of this Court adopted changes to procedures of sealed matters as amended in **Section 8** of the Electronic Case Filing Policies and Procedures for a pilot period of one year, beginning March 1, 2013.

**IT IS HEREBY ORDERED THAT** the CM/ECF Policies and Procedures be amended as attached and become effective March 1, 2013.

Dated: 2/6/13

_____
GARY L. LANCASTER, Chief Judge