IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | No. 2:05-mc-00186 |
| ELECTRONIC CASE FILING POLICIES ) | |
| AND PROCEDURES ) | |

**STANDING ORDER
22-1**

**WHEREAS,** on April 20, 2005, by order at Misc. No. 2:05-mc-186, the Court established an Electronic Case Filing System and adopted Electronic Case Filing Policies and Procedures to govern the program, which Policies and Procedures have been amended from time to time; and

**WHEREAS,** after review of the Policies and Procedures, it is necessary to amend the following: **Section 3** regarding Eligibility, Registration, Passwords to conform with NextGen CM/ECF processes; **Section 7** regarding Attachments and Exhibits to comply with the Standing Order at 2:21-mc-1161 regarding Submission to the Court of Audio and/or Video Content; **Section 8** regarding Sealed Documents; and **Section 9** regarding Special Filing Requirements and Exceptions to provide for attorney filing of sealed documents and to comply with the Administrative Order at 2:21-mc-50 concerning the Court's protocol for highly sensitive documents;

**IT IS HEREBY ORDERED THAT** the CM/ECF Policies and Procedures be amended as attached to reflect said changes and become effective February 23, 2022.

FOR THE COURT:

_/s/ Mark R. Hornak_
MARK R. HORNAK
Chief United States District Judge

Dated: February 23, 2022